

**ZACHARY W. CARTER**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

Nelson R. Leese
Special Federal Litigation Division
212-356-4361
Facsimile: (212) 356-3509
nleese@law.nyc.gov

February 8, 2019

Honorable Eric N. Vitaliano *(by ECF)*
United States District Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY  11201

Re: Shamaine Duncan v. City of New York, et al., 11 CV 3901 (ENV) (JO)
Ebony Duncan, et al. v. City of New York, et al., 12 CV 1565 (ENV) (JO)

Dear Judge Vitaliano:

I represent defendants the City of New York, John Denesopolis, Frank Aliffi, Bruce Ceparano, Jin Tsoi, Jerry Garcia, Jeffrey Desio, Bekim Kalicovic, Albert Isaac, Michael Hotaling, John Fahim, Franciso Moncayo, Mashiel Santos, Gregory Howard, and Christian Cataldo in the Ebony Duncan action, and these same defendants and Richard Dinkle in the Shamaine Duncan action.

In connection with these consolidated cases scheduled for trial on February 19, 2019, the parties in both actions have amicably resolved all of the remaining claims and expect to file the requisite paperwork discontinuing these actions shortly.

If the Court requires any further information, defendants would be pleased to provide it. Defendants thank the Court for its consideration of the above.

Respectfully submitted,

/s/
Nelson R. Leese

cc: All Counsel in the Shamaine Duncan and Ebony Duncan cases *(by ECF.)*
Magistrate Judge Vera M. Scanlon