FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ MAR 15 2019 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------
SHAMAINE DUNCAN,

                                Plaintiff,

               -against-

CITY OF NEW YORK, et al.,

                                Defendants.
----------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

1:11-cv-03901-ENV-JO

      **WHEREAS**, plaintiff and defendant The City of New York have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

      1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       March 13, 2019

Wadeedah Sheeheed, Esq.  
*Attorney For Plaintiff*  
32 Court Street, Suite 707  
Brooklyn, New York 11201  
(718) 855-8417

By: _____  
Wadeedah Sheeheed

ZACHARY W. CARTER  
Corporation Counsel of the  
  City of New York  
*Attorney for Defendants*  
100 Church Street, 3rd Floor  
New York, New York 10007

By: _____  
Susan P. Scharfstein

SO ORDERED:

/s/ USDJ  ERIC N. VITALIANO
_____  
HON. ERIC N. VITALIANO  
UNITED STATES DISTRICT JUDGE

Dated: 3/14, 2019

2